UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL L. TURNER                                          CIVIL ACTION

VERSUS                                                  NO. 12-1056

STEVE RADER, WARDEN                                     SECTION "C"(4)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Paul L. Turner's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___ day of December, 2012.

UNITED STATES DISTRICT JUDGE